**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-6713**

_____

DEONDRE MONTREAL RUSSELL,

                Petitioner - Appellant,

     v.

U.S. MARSHAL,

                Respondent - Appellee.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Richard E. Myers, II, Chief District Judge.  (5:21-hc-02200-M)

_____

Submitted:  October 21, 2022                Decided:  November 29, 2022

_____

Before THACKER, HARRIS, and HEYTENS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Deondre Montreal Russell, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Deondre Montreal Russell appeals the district court's order dismissing without prejudice his 28 U.S.C. § 2241 petition challenging his pretrial detention. We have reviewed the record and find no reversible error. Specifically, Russell has not shown that the district court erred in determining that he failed to exhaust his available remedies. *See Timms v. Johns*, 627 F.3d 525, 530-31 (4th Cir. 2020) (noting in absence of extraordinary circumstances, petitioner must exhaust alternative remedies prior to seeking a writ of habeas corpus). Accordingly, we affirm the district court's order. *Russell v. U.S. Marshal*, No. 5:21-hc-02200-M (E.D.N.C. June 3, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*